IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATHANIEL M. HENDERSON, :
:
    Plaintiff, :
:
v. : Case No. _____
:
MTV NETWORKS, :
:
    Defendant. :

### CERTIFICATE REQUIRED BY LCvR 7.1

I, Michael D. Sullivan, attorney of record for defendant MTV Networks, certify that to the best of my knowledge and belief, MTV Networks is an operating unit of Viacom Inc. Viacom Inc. is a publicly-held corporation whose shares are traded on the New York Stock Exchange.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: September 30, 2005

Respectfully submitted,

_____
Michael D. Sullivan
(D.C. Bar No. 339101)

LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
1050 Seventeenth Street, N.W., Suite 800
Washington, D.C. 20036
(202) 508-1100
(202) 861-9888 (facsimile)

Attorney for Defendant
MTV Networks

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September 2005, a copy of the foregoing Certificate Required by LCvR 7.1 was served, by first-class mail, on:

>Nathaniel M. Henderson
>3820A Southern Avenue, S.E.
>Washington, D.C. 20020

>*Thomas Curley* (signature)
>Thomas Curley
>LEVINE SULLIVAN KOCH & SCHULZ, L.L.P.
>1050 Seventeenth Street, N.W., Suite 800
>Washington, D.C. 20036
>202-508-1100