### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATHANIEL M. HENDERSON,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:05CV01937(EGS) |
| : | |
| **MTV,** : | |
| : | |
| **Defendant.** : | |

### [PROPOSED] ORDER

UPON CONSIDERATION OF the Motion of Defendant MTV to Dismiss Plaintiff's Amended Complaint with prejudice, any opposition thereto and reply in support thereof, and for good cause shown, it is hereby

ORDERED that Defendant MTV's Motion to Dismiss the Amended Complaint is GRANTED; and it is further

ORDERED that Plaintiff's claims against MTV are dismissed with prejudice.

ENTERED this _____ day of _____, 2005.

_____
The Honorable Emmet G. Sullivan

**Copies to:**

Nathaniel M. Henderson
3820A Southern Avenue, S.E.
Washington, D.C. 20020
*Plaintiff Pro Se*

Michael D. Sullivan
Thomas Curley
Levine Sullivan Koch & Schulz, L.L.P.
1050 17th Street, N.W., Suite 800
Washington, D.C.  20036
*Attorneys for Defendant MTV*