UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATHANIEL M. HENDERSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 05-1937 (EGS) |
| | ) Document No.  4 |
| MTV, | ) |
| Defendant. | ) |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendant's motion to dismiss the amended complaint [Doc. # 4] is GRANTED; and it is

FURTHER ORDERED that judgment is entered for defendant and this case is DISMISSED.  This is a final appealable Order.

SIGNED:    EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

DATE: May 3, 2006